BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:13MJ00009 JLT |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO STRIKE |
| | ) | LAST PAGE OF ARREST WARRANT AND |
| v. | ) | PROPOSED ORDER |
| | ) | |
| ENRIQUE REYNOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     The United States of America, by and through its undersigned
attorneys hereby moves to strike the last page of the arrest
warrant in this matter, which contains biographical information
pertaining to a different defendant..

DATED: January 30, 2013          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 By /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                 Assistant U.S. Attorney

1                            <u>O R D E R</u>

2

3       It is so ordered.

4 DATED: January 30 , 2013       /s/ Jennifer L. Thurston
                                         JENNIFER L. THURSTON
5                                          U.S. Magistrate Judge